
**FILED**

OCT 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff

vs.

KENNETH MARTINEZ JOHNSON
        Defendant

CASE NO. 16CR1555-L

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PROPERTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and property released by Pretrial if held.

IT IS SO ORDERED.

DATED: 10/12/17

_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge